**IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI**
**ASSOCIATE CIRCUIT DIVISION**

| | |
|---|---|
| **Samantha N. Duckett**<br>**6285 Bamboo Avenue**<br>**Cocoa, FL 32927,**<br><br>　　　　　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**Sun Life Assurance Company of Canada**<br>**SERVE: Missouri Commissioner of Insurance**<br>**301 High Street, Room 530**<br>**Jefferson City, MO 65101,**<br><br>　　　　　　　　　　　　　　**Defendant.** | **Case No.:**<br>**Division No.:** |

## PETITION FOR DAMAGES

Plaintiff, Samantha N. Duckett, and for her causes of action against defendant, Sun Life Assurance Company of Canada, states as follows:

1. Plaintiff Samantha N. Crossett (hereafter "Samantha Duckett") is a resident of the State of Florida.

2. At all times herein mentioned defendant Sun Life Assurance Company of Canada (Sun Life) was and is a foreign corporation authorized to do general insurance business, and engaged in such business in the State of Missouri.

3. On February 3, 2019 Tristen Wyatt Kuritz (Tristen Kuritz).

4. At the time of his death, Tristan Kuritz was an employee of Long Motor Corporation (LMC).

5. Prior to and until his death, Tristan Kuritz cohabitated with Samantha Duckett.

6. Prior to and on February 3, 2019, Sun Life had in effect with LMC, a policy of group life insurance number 246763, insuring the life of Tristen Kuritz for $10,000.00.

7. Prior to his death, Tristan Kuritz designated Samantha Duckett as the beneficiary of the policy issued by Sun Life. Attached as attached Exhibit 1 is a copy of said designation.

8. Samantha Duckett has performed all of the conditions of the group policy on her part to be performed.

9. A reasonable time has passed, since the death of Kuritz and the submission of proof of such death to Sun Life, for Sun Life to have paid Samantha Duckett as such beneficiary the sum of $10,000.00 in accordance with the terms of the policy.

10. Samantha Duckett has demanded payment from Sun Life of such sum due her as the beneficiary, but Sun Life refused and still refuses to pay that sum or any part thereof.

**WHEREFORE**, Plaintiff Samantha Duckett prays judgment against Sun Life Assurance Company of Canada for $10,000 and for costs herein expended.

*/s/ James H. Thompson, Jr.*
_____
James H. Thompson, Jr.    MO #25985
Thompson Law Offices, P.C.
One Town Square
North Kansas City, MO 64116
Phone: (816) 471-3414 Fax: (816) 221-0232
Email Address: jim@tlopc.com
Attorney for Plaintiff Samantha N. Duckett

**Certificate of Service and Certification Under Rule 55.03(a)**

I signed the original of the foregoing pleading and that the original shall be maintained in accordance with Rule 55.03(a).

*/s/ James H. Thompson, Jr.*
_____
Attorney for Plaintiff



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>TIMOTHY JON FLOOK | Case Number: 21CY-CV03350 |
| Plaintiff/Petitioner:<br>SAMANTHA N. DUCKETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES H THOMPSON JR<br>THE THOMPSON LAW OFFICE, LLC<br>ONE TOWN SQUARE<br>NORTH KANSAS CITY, MO 64116<br>(816) 471-3414 |
| Defendant/Respondent:<br>SUN LIFE ASSURANCE COMPANY OF CANADA | Date, Time and Location of Court Appearance:<br>**20-MAY-2021, 09:00 AM** |
| Nature of Suit:<br>AC Contract-Other | **Division 9 Courtroom**<br>**11 S WATER**<br>**LIBERTY, MO 64068** |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to**: SUN LIFE ASSURANCE COMPANY OF CANADA
     **Alias:**
**SERVE: MO COMMISSIONER OF INS**
**301 HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF CLAY COUNTY*

    You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.
    If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

_____4/22/2021_____     _____/s/ Lemons_____
          Date

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other_____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
      Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*     Subscribed and sworn to before me on _____ (date).
My commission expires: _____     _____
                                                          Date                                         Notary Public

**Sheriff's Fees, if applicable**
Summons                     $_____
Non Est                       $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $\_\_\_\_\_10.00\_\_\_\_\_
Mileage                        $_____ (_____ miles @ $._____ per mile)
**Total**                           **$_____**
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division<br>TIMOTHY JON FLOOK | Case Number: 21CY-CV03350 |
|---|---|
| Plaintiff/Petitioner<br>SAMANTHA N DUCKETT<br><br>vs | Plaintiff's/Petitioner's Attorney/Address<br>JAMES H THOMPSON JR<br>THE THOMPSON LAW OFFICE, LLC<br>ONE TOWN SQUARE<br>NORTH KANSAS CITY, MO 64116<br>(816) 471-3414 |
| Defendant/Respondent<br>SUN LIFE ASSURANCE COMPANY OF CANADA | Date, Time and Location of Court Appearance<br>20-MAY-2021, 09:00 AM |
| Nature of Suit<br>AC Contract-Other | Division 9 Courtroom<br>11 S WATER<br>LIBERTY, MO 64068 |

**RECEIVED APR 30 2021 COLE COUNTY SHERIFF'S OFFICE**

**FILED MAY 14 2021 CLAY COUNTY CIRCUIT COURT**

## Associate Division Summons

The State of Missouri to SUN LIFE ASSURANCE COMPANY OF CANADA
Alias:
SERVE MO COMMISSIONER OF INS
301 HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF CLAY COUNTY*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo Should you have any questions regarding responsive pleadings in this case, you should consult an attorney

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing

4/22/2021
Date                                         _(signature)_

Further Information

### Sheriff's or Server's Return

Note to serving officer. Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court

I certify that I have served the above summons by (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
__Deborah Lee__ (name) __Designee__ (title)
☐ other_____

Served at __301 W. High St.__ (address)
in __Cole__ (County/City of St Louis), MO, on __05/03/2021__ (date) at __9:46 AM__ (time)

__John P. Wheeler, Sheriff__                 __By Deputy Armon Carnes #48__
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date)
(Seal)
My commission expires _____
                Date                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10 00 |
| Mileage | $ _____ ( ___ miles @ $ ___ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent For methods of service on all classes of suits, see Supreme Court Rule 54

---

OSCA (7-09) SM20 (ADSM) *For Court Use Only* Document ID# 21-ADSM-1879    1                    517 041 RSMo
CLAY (2-11) (ADSMCY)